# UNITED STATES DISTRICT COURT
for the

Western District of Missouri

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| W.C. CARTWRIGHT, JR. ) | Case No: 88-00059-04-CR-W-ODS |
| ) | USM No: 04735-045 |
| Date of Original Judgment: 09/01/1988 ) | |
| Date of Previous Amended Judgment: 04/16/2009 ) | STEVE MOSS, AFPD |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   Cts. 2 & 10, 240 mo; *   months **is reduced to**   Cts.2 & 10, 240 mo.;**   .

*(Complete Parts I and II of Page 2 when motion is granted)*

*Ct. 14: 84 months, consecutive; Cts. 12, 15, 21: 60 months, each consecutive to all.

**Ct. 14: 22 months, consecutive; Cts. 12, 15, 21: 60 months, consecutive for a total sentence of 445 months.

Except as otherwise provided, all provisions of the judgment dated   09/01/1988   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   03/02/2012                              s/NANETTE LAUGHREY
                                                      *Judge's signature*

Effective Date:                                       NANETTE LAUGHREY, United States District Judge
*(if different from order date)*                      *Printed name and title*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: W.C. CARTWRIGHT, JR.
CASE NUMBER: 88-00059-04-CR-W-ODS
DISTRICT: Western District of Missouri

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level: 37          Amended Total Offense Level: 35
Criminal History Category: V              Criminal History Category: V
Previous Guideline Range: 324 to 405* months    Amended Guideline Range: 262 to 327 months

## II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

## III. ADDITIONAL COMMENTS

*plus 180 consecutive.